**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**ANTONIE TWITTY,**

                                              **Plaintiff,**

   **-against-**                                    **9:04-CV-0222**

**A TOUSIGNANT, et al.,**

                                              **Defendants.**
───────────────────────────────────

                        **DECISION & ORDER**

**McAvoy, S.U.S.D.J.:**

    This action, brought pursuant to 42 U.S.C. § 1983, was referred by this Court to the Honorable Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

    No objections to the Amended Report-Recommendation dated December 28, 2005 have been filed.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.  It is therefore, **ORDERED** that the Complaint be **DISMISSED**.

**IT IS SO ORDERED.**

Dated:February 14,2006

                                  Thomas J. McAvoy
                                  Senior, U.S. District Judge

1