# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Antonie Twitty**

    vs.

**A. Tousignant, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:04-CV-222

____  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THE COURT ADOPTS THE REPORT-RECOMMENDATION AND THE COMPLAINT IS DISMISSED.

Dated:  February 14, 2006

_(signature)_
Clerk of Court

s/S. Potter
By:  Deputy Clerk